428 A.2d 239

Richards, Appellant v. Candelaria.

Argued November 14, 1979.   Felix J. DeGuilio, for appellant;   Samuel J. Reich, for appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.

428 A.2d 239

Sherba, Appellant v. Calgon Corp., etc. et al.

Argued November 14, 1979. John Bacharach, for appellant;   John T. Tierney, III, for appellees.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Orders affirmed.

* President Judge Joseph F. O'Kicki, of the Court of Common Pleas of Cambria County, of Pennsylvania is sitting by designation.